

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEN GYADU | : | CIVIL NO.: 3:00-CV-1564 (RNC) |
|    Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| TAX COLLECTOR, J. WALSH, | : | |
|   AND CITY OF WATERBURY | : | |
|    Defendants | : | APRIL 14, 2003 |

## DEFENDANTS' REQUEST FOR DISMISSAL OF COUNTERCLAIM

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendants respectfully request that the court dismiss the defendants' counterclaim without prejudice, as the motor vehicle taxes are collectible by a third party TaxServe Capital Services, LLC as set forth in Exhibit A and Exhibit B attached hereto.

THE DEFENDANTS, TAX COLLECTOR, J.
WALSH, and CITY OF WATERBURY

By _____
Elaine M. Skoronski CT #006272
Attorney, Corporation Counsel's Office
236 Grand Street
Waterbury, CT 06702
(203) 574-6734

GRANTED, SO ORDERED 12/5/03
DONNA F. MARTINEZ, U.S.M.J.

2003 DEC -5  P 4: 03
US DISTRICT COURT
HARTFORD CT