SO ORDERED.

See doc. #49.

DENIED. The defendant produced a copy of the statute to the plaintiff.

Donna F. Martinez, U.S.M.J.
11/13/03

44

The U.S. District Court,

450 Main Street,

Hartford, CT. 06106

Date: 10th Apr., 2003

Doc. #: 3:00-CV-01564(RNC)

BEN. GYASU Vs TAX COLLECTOR

MOTION FOR DEFAULT.

Plaintiff moves for default against the
defendant for failure ~~to abide by the~~ Court's Order
based upon the ff:

A. At a Court room, the Court ordered Counsel
to Contact Mrs. Laura Nesta, the Majority
Leader, and Collect for plaintiff a copy of