See doc. #49.  See doc. #50.

After the plaintiff SO ORDERED.

The defendant provided the plaintiff with the statute. After the plaintiff received the statute, the plaintiff filed a motion for summary judgment.

DENIED as moot.

Donna F. Martinez, U.S.M.J.
11/13/03

48

The U.S. District Court,
450 Main Str.
Hartford, CT. 06103

Date: 11th May, 2003

Doc.#: 3:00-CV-01564 RNC
BEN. SYNAH vs TAX COLLECTOR

MOTION FOR A STAY

Per the Court's referral Order dated the 9th instant in which the Court referred Counsels' Motion For Summary Judgement to the U.S. Magistrate Judge for a recommended ruling, plaintiff moves for a Stay of proceedings on the Motion for Summary Judgement to allow a resolution of the pending motions