FILED

2003 DEC 30 P 1:

U.S. DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,
450 Main Str.
Hartford, CT 06103

Date: 26th Dec., 2003

BEN. GYAU vs James Walsh

Doc. #: 3:00-CV-01564(RNC)

MOTION FOR EXTENSION OF TIME

Plaintiff requests time extension to file a Motion For Review/Re-Consideration of the Court's Order which granted the defendant's Motion For Summary Judgement so that the U.S. Magistrate Judge could examine the decision before any necessary papers could be filed for the District Court's review. Plaintiff is about to finish the Motion for Review

BASIS FOR TIME EXTENSION

The decision dated the 5th of Dec., 2003

Page 2

was not put in the mail until eleven (11) days later on the 16th Dec., 2003, depriving the plaintiff the Due Process for notice as set forth by the U.S. Supreme Court under Mullane vs Central Hanover Bank and Trust Co. 339 U.S. 306, 70 S. Ct. 652, 94 L. Ed. 865 (1950). Plaintiff has enclosed copy of date stamp of envelope.

B. <u>Premature Motion</u>
The defendants Motion for Summary Judgement is PREMATURE, depriving the pro se plaintiff the Equal Protection of Laws.

The Statute provides for a determination of plaintiff's eligibility. Plaintiff, however, did not have any chance before the Court or the Board of Aldermen to argue his case with respect

Page 3

to the Law.

c/ The Whole Issue Is A Disputed Matter Which Require A Finding By A 3RD PARTY

The defendants relief sought involves CONTESTED, DISPUTED, INFLATED And WRONGFUL Mathematical figures which even the defendant admitted to but stated the mistakes were the actions of the assessors.

To grant the defendants Summary Judgement subjects the plaintiff to the payment of NOT ONLY those wrongful figures but also the payment of those DISPUTED penalties especially those that were levied against the plaintiff during the

Page 4

pendency of the action

D. NOTICE OF RULING ON MOTION FOR A STAY DATED THE 19TH NOV, 2003, ASKING THE COURT TO STAY ANY PROCEEDINS ON THE DEFENDANTS MOTION FOR SUMMARY JUDGEMENT UNTIL THE ISSUES OF ALL PENDING MOTIONS ARE RESOLVED, WAS NOT PUT IN MAIL FOR PLAINTIFF UNTIL THE 16TH DEC., 2003

The notice of the decision on the Motion for A Stay was one of the three (3) notices of decisions that came with the decision on the Summary Judgement in the same envelope. The other two are the "Defendants Request for Dismissal Of Counter-Claim"

and the decision on plaintiff's Motion For Default.

As of date there is no decision on the plaintiff's Objection to the Motion for Summary Judgement.

The issues of these kinds of referenced pending motions should have been resolved before any filing of the defendants Motion for Summary Judgement.

The Courts granting of the defendants Motion For Summary Judgement therefore deprives the pro se plaintiff a Due Process and Equal Protection of Laws.

CONCLUSION

Based upon all the above, the plaintiff prays this motion would be granted to allow a Motion For Review / Re-Consideration.

Respectfully Submitted. / BEN. SYAFU, P.O. BOX 4314
WTBY., CT 06704

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
450 MAIN STREET
HARTFORD, CT 06103

OFFICIAL BUSINESS

Ben F. Gyadu
PO Box 4314
Waterbury, CT 06704

U.S. POSTAGE  PB 22364557
$00.600  DEC 16 03
FROM ZIP CODE 06103
1360 8088 4744