56

FILED
2003 DEC 30 P
DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,
450 Main Str.
Hartford, CT 06103

Date: 26th Dec., 2003

BEN. GYADU vs James Walsh

Doc. # : 3:00-CV-01564(RNC)

MOTION FOR EXTENSION OF TIME

Plaintiff requests time extension to file a Motion For Review/Re-Consideration of the Court's Order which granted the defendant's Motion for Summary Judgement

---

January 7, 2004.    Ben Gyadu v. James Walsh
                    Case Number 3:00CV1564(RNC)

RE: Motion for Extension of Time [Doc. #56]

Granted. Plaintiff will file and serve any objection to the recommended ruling on or before January 23, 2004. Further extensions will not be granted. So ordered.

Robert N. Chatigny, U.S.D.J.