Page 33

to the contrary. The Court continued that Congress believed federal courts would be less susceptible to local prejudices and to the existing defects in the fact finding processes of the State Courts. As it would again be discovered, the principle of comity is not applicable to the plaintiff's situation

CONCLUSION

Based upon all the above, the plaintiff prays the U.S. Magistrate would critically review the order that granted the defendants

Page 34

Motion for Summary Judgement and rescind it to prevent the eminent MANIFEST Injustices that would otherwise be meted upon the Indigent, pro se plaintiff

Respectfully Submitted

BEN- GYADU,
P.O. BOX 4314,
WATERBURY, CT 06704

## CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the Corporation Counsel, 236 Grand Street, Waterbury, CT 06702.

Sincerely,

Ben. Gyadu,

P.O. Box 4314

Waterbury, CT 06704