00CV1564 m reco →

**FILED**
2004 JAN 27 P 1:50
U.S. DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,
450 S. Main Street,
Hartford, CT 06103

Date: 19th Jan., 2004

3:00-CV-01564 (RNC)
GYADU Vs JAMES WALSH

The plaintiff provides the Motion for Review/Re-Consideration, [since I am] unable to obtain Counsel [at] the time the Court gratefully [allowed] the plaintiff to file the Motion w/Re-Consideration

Potential Lawyers have been demanding [a retain]er of between $5,000 and $10,000

---

February 25, 2004. Ben Gyadu v. James Walsh
3:00CV1564 (RNC)

Re: Motion for Reconsideration [doc. 58]

Denied. Plaintiff has not shown that the Magistrate Judge failed to consider pertinent facts or legal authorities. Moreover, treating this as an objection to the Recommended Ruling, the objection is without merit. So ordered.

Robert N. Chatigny, U.S.D.J.