UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEN GYADU

    Plaintiff,

v.                                          CASE NO. 3:00CV1564 (RNC)

JAMES WALSH, in his
individual capacity, or the
current tax collector, in his
individual capacity,

    Defendant.

RECOMMENDED RULING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

    In June 2000, the plaintiff, Ben Gyadu, proceeding pro se and in forma pauperis commenced this action pursuant to 42 U.S.C. § 1983 against the defendant, James Walsh, the Tax Collector for the City of Waterbury. The plaintiff alleges that the defendant unreasonably denied his request for payment arrangements of the plaintiff's outstanding property taxes. Pending before the court are the parties' cross-motions for summary judgment.[1] (Docs. ##41, 50.) For the reasons set forth below, the court recommends that the defendant's motion for summary judgment be GRANTED and the plaintiff's motion for summary judgment be DENIED.

I.   Factual Background

    The plaintiff owes the city of Waterbury property taxes on his automobile. As a result of these unpaid taxes, he is unable to

---

    [1] Chief Robert N. Chatigny referred the motions to the undersigned for a recommended ruling. See docs. ##47, 51.

February 25, 2004   After careful review, the recommended ruling is hereby approved and adopted over plaintiff's objection. So ordered.

Robert N. Chatigny, U.S.D.J.