UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEN GYADU : | |
| : | |
| v.  : | CASE NO. 3:00CV1564(RNC) |
| : | |
| JAMES WALSH, in his individual : | |
| capacity, or the current tax collector : | |
| in his individual capacity : | |

## JUDGMENT

This action having come on for consideration of cross motions for summary judgment filed before the Honorable Donna F. Martinez, United States Magistrate Judge and, the Honorable Robert N. Chatigny, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a recommended ruling, granting defendant's motion and denying plaintiff's motion, and the court having, after careful review and over plaintiff's objection, approved and adopted the recommended ruling, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 3rd day of March 2004.

KEVIN F. ROWE, Clerk


By _____/s/lik_____
    Linda I. Kunofsky
    Deputy Clerk

EOD _____