FILED U.S. District Court,

2004 MAR -8 50 2: Main Str.,

U.S. DISTRICT COURT
HARTFORD, CT.

Hartford, CT 06103

Date: 4th March, 2004

BEN. GYADU Vs JAMES WALSH
Doc. #: 3:00-CV-01564(RNC)

REQUEST TO RE-SUBMIT PLEADING DATED THE 20TH FEBR., 2004 WHICH WAS RETURNED, UNFILED, FOR LACK OF CERTIFICATION

Plaintiff requests leave to re-submit his pleading dated the 20th Febr., 2004 which was returned, unfiled, for lack of Certification. The needed Certification is attached.
Respectfully Submitted.
Ben. Gyadu, P.O. BOX 4314, Waterbury, CT 06704

## CERTIFICATION

This is to certify that a copy of the fore-going was mailed to:

The Corporation Counsel,

236 Grand Str., Waterbury, CT 06704

Sincerely,

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704