62

FILED U.S. District Court,

2004 MAR -4 50 2 Main Str.,
U.S. DISTRICT COURT
HARTFORD, CT.

Hartford, CT 06103

Date: 4th March, 2004

GYADU Vs JAMES WALSH
3:00 - CV - 01564 (RNC)

ST TO RE-SUBMIT PLEADING DATED THE
EBR., 2004 WHICH WAS RETURNED, UNFILED
ACK OF CERTIFICATION

Plaintiff requests leave to re-sub
pleading dated the 20th Febr., 2004
as returned, unfiled, for lack of Certifi-
The needed Certification is attached
ectfully Submitted.
en. Gyadu, P.O. BOX 4314, Waterbury, CT 06704

FILED
2004 MAR 12 A 8:13
U.S. DISTRICT COURT
HARTFORD, CT.

March 11, 2004. Ben Gyadu v. James Walsh 3:00CV1564 (RNC)

Re: Plaintiff's Request to Resubmit [Doc. 62]: Granted. So ordered.

Robert N. Chatigny, U.S.D.J.