The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 20TH Febr., 2004

BEN. GYAOU Vs JAMES WALSH OR CURRENT TAX COLLECTOR IN HIS OR HER INDIVIDUAL CAPACITY
Doc. #: 3:00-CV-01564 (RNC)

REQUEST TO FILE COPY OF PLAINTIFF'S MOTION TO COMPEL TO SHOW THE ABUNDANCE OF EVIDENCE THAT MAKES THE ORDER THAT GRANTED THE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT INCONSISTENT WITH DUE PROCESS OF LAW AND THUS VOID

The Court by the U.S. Magistrate Judge, granted the plaintiff's Motion to

Page 2

Compel upon which Counsel provided the plaintiff with a copy of the Statute which is critical to the Case in question, <u>after</u> pushing or subjecting the plaintiff through all kinds of run-arounds or DECEPTIVE maneuvres in an effort to conceal the Statute from the plaintiff in order to file the Motion for Summary Judgement <u>without</u> the plaintiff's Objection with respect to the law, which the Indigent plaintiff is entitled to, and so the without filing of any Objection of Counsel's Motion for Summ

Page 3

ary Judgement with respect to the Statute which the Indigent pro se plaintiff did not know anything about, would make it abundantly clear that the defendant's Motion For Summary Judgement was DECEPTIVE and hence a BAD-FAITH pleading intended to MIS-LEAD the Court to achieve a desired outcome by DECEPTION, as it did occur, and must therefore be STRIKEN and the relief sought DENIED accordingly with IMMEDIATE effect

At the last page, i.e. page 7, of the plaintiff's Motion To Compel,

Page 4

The plaintiff requested that the scheduling orders for submitting a Motion for Summary Judgement and for responding to a Motion for Summary Judgement be STAYED pending Counsel's compliance to provide the plaintiff with a copy of the statute

The plaintiff stated the following at page 7, i.e. the last page, of the Motion To Compel:

" As a result of the unexpected delay in receiving a copy of the statute which the plaintiff was expecting to draw some facts from

Page 5

it in preparing his Summary Judgement Motion and also in responding to whatever Summary Judgement Motion Counsel would submit, plaintiff requests that the scheduling orders for submitting and for responding to an opponents Summary Judgement Motion be adjusted accordingly with respect to when Counsel submits a copy of the alleged Statute to plaintiff."

As it would clearly be discovered, for the Court, by the U.S. Magistrate Judge, to grant the Motion To Compel and

Page 6

thus grant the plaintiff's request for a STAY, as specified, and then grant counsel's Motion for Summary Judgement which was filed while the plaintiff's request for a STAY was still pending and worse yet while the Court was yet to issue new scheduling orders or to adjust the scheduling orders, as requested by the plaintiff, the Court has taken actions CONTRADICTORY to each other and hence the Court had acted in a manner INCONSISTENT with the DUE PROCESS Of law

Hence the Courts

Page 7

order which granted the defendants Motion for Summary Judgement is VOID and must be SET ASIDE accordingly, as requested in the plaintiff's Motion for Review/Re-Consideration by the U.S. Magistrate Judge.

Respectfully Submitted

Ben. Gyady,

P.O. Box 4314,

Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the Corporation Counsel, 236 Grand Str., Waterbury, CT 06702

Sincerely,

Ben. Gyadu,

P. O. Box 4314

Waterbury, CT 06704