00cv1564 lv file cmpl
filed 3/12/04
00cv1564 m comp

The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 20TH Febr., 2004

GYADU Vs JAMES WALSH OR CURRENT
DIRECTOR IN HIS OR HER INDIVIDUAL
ITY
3:00-CV-01564 (RNC)

TO FILE COPY OF PLAINTIFF'S
o COMPEL TO SHOW THE ABUN-
EVIDENCE THAT MAKES THE ORDER
NTED THE DEFENDANT'S MOTION
MARY JUDGEMENT INCONSISTENT
PROCESS OF LAW AND THUS VOID

The Court by the U.S. Magistra-
ranted the plaintiff's Motion To

---

FILED
2004 MAR 12 A [?]
U.S. DISTRICT COURT
HARTFORD, CT

March 11, 2004.

Re: Plaintiff's Request to File Copy of Motion to Compel, Etc. [Doc. ]

Ben Gyadu v. James Walsh
3:00CV1564 (RNC)

Granted. The Court hereby notifies plaintiff that this ruling permitting the filing of his motion to compel does not reopen the case (which remains closed), or alter in any way the judgment that was entered in favor of the defendant on March 3, 2004 (which remains in place). So ordered.

Robert N. Chatigny, U.S.D.J.