UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEN GYADU | : | CIVIL NO.: 3:00-CV-1564 (RNC) |
|    Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| TAX COLLECTOR, J. WALSH, | : | |
|   AND CITY OF WATERBURY | : | |
|    Defendants | : | APRIL 20, 2004 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S

## MOTION TO REOPEN

The Defendants hereby object to the Plaintiff's Motion to reopen this case for the reasons set forth below:

1. The Plaintiff has brought a frivolous lawsuit in which he claims that he should not have to pay his car taxes in order to get his car registered. His claim has no basis in fact or in law and the court properly granted summary judgment against him.

2. The Plaintiff seeks to have motions heard over and over and raises similar arguments each time which have no support in law or in fact and have been rejected repeatedly by the court.

3. Plaintiff, as an experienced pro se party, seeks to put responsibility to prove his claim upon the Defendants. The defendants have provided the Plaintiff with the information he has requested through the court but Defendant is no way obligated to provide legal research or any other help to the Plaintiff to prove his case which has no legal basis anyway. The court file reflects Defendants' compliance.

4. Simply, the Plaintiff has no case and his insistence on filing motions to avoid accepting the court's judgment and the law needs to be stopped as he is causing undue burden, hardship, higher costs and fees to the Defendants in his misuse of the legal system.

5. Plaintiff has not shown under the rules of practice any legal basis for reopening or reconsidering this matter and his motion should be denied.

By_____
Elaine M. Skoronski CT #08272
Attorney, Corporation Counsel's Office
236 Grand Street
Waterbury, CT 06702
(203) 574-6734

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date to:

Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

                                                                                            _____
                                                                                            Elaine M. Skoronski
                                                                                            Commissioner of the Superior Court

DefMSummJudg/legatt33/district