The U.S. District Court,

450 Main Street    ,

Hartford, CT 06103

Date: 28th Apr. 2004

Doc.#: 3:00-CV-01564 (RNCA)
BEN. GYASU Vs JAMES WALSH

MOTION TO STRIKE

Plaintiff moves to Strike Counsels Objection
to Motion To Re-Open    The Objection

dated the 20th Apr, 2004, is legally

insufficient and must be Striken accordin-

gly based upon the ff:

(a) The action in question DOES NOT have

Page 2

the City Of Waterbury as its defendant
Hence the captioned

action by Counsel DOES NOT EXIST

Please, see the caption of the

Re-commended Ruling which depicts the action

in question and shows that the action

presented by counsels' Objection with the

City Of Waterbury as a defendant, DOES

NOT exist and therefore the Objection

must be STRIKEN as legally Insufficient

(b) The content of the Objection is nothing

but fraudulent claims and maneuvres,

Page 3

DELIBERATE false claims and hence
BAD-FAITH defense, intended to MIS-LEAD
the Court to achieve the desired outcome
at the expense of the pro se plaintiff
    For example the first paragraph
of Counsel's Objection represents nothing but
a CONCOCTED claim which would not be
found anywhere in plaintiff's Complaint
but Counsel has brought it up so as to
MIS-LEAD the Court to achieve the
Ruling sought by a DISHONEST act.
    The plaintiff DOES NOT
claim anywhere in the Complaint that "he

Page 4

" he should not have to pay his car taxes in order

to get his car registered " else he would not seek
an arrangement to pay the tax

c. Counsel's Objection does not put forth any-

thing against the plaintiff's reasons

presented as basis that make it compelling

to Re-open the case even though the

Caption states : " Objection To Plaintiff's

Motion To Re-Open "

d. Counsel has put forth BALD claims without

anything or facts in support of those claims

for a defense, having no defense against

Page 5

the plaintiff's basis that make it compelling

to re-open the case

Please, see,

for example, paragraph 5 and paragraph 4

Counsel's BAD claims presented

solely to MIS-LEAD the Court to achieve

the desired outcome to DEFRAUD the

pro se plaintiff of justice due him

must therefore be STRIKEN as a BAD-

FAITH pleading in violation of rules of

GOOD-FAITH pleading.

Plaintiff's Memorandum is attached.

Respectfully Submitted.

Ben- Gyedu

P.O. BOX 4314, Whtty., Ct 0670