The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 28th

Doc.#: 3:00-CV-01564 (RNC)

BEN. GYADU Vs JAMES WALSH

## MOTION TO STRIKE

Plaintiff moves to strike counsels Objection

---

**October 4, 2004**, <u>Gyadu v. Walsh</u>, 3:00CV1564 (RNC)

Re: Plaintiff's Motion to Strike [Doc. # 68]

Denied. Plaintiff presents no grounds for striking defendant's objection that are proper under Federal Rule of Civil Procedure 12(f).

So ordered.

Robert N. Chatigny, U.S.D.J.

---

gry based upon the ff.

(a) The action in question DOES NOT have