FILED U.S. District Court,
2004 MAR 31  450 Main Street,
U.S. DISTRICT COURT
HARTFORD, CT
Hartford, CT 06103

Date: 11th March, 2004

BEN. GYADU Vs JAMES WALSH
Doc.#: 3:00-CV-01564(RNC)

## MOTION TO OPEN

The plaintiff humbly moves to open the case based upon the ff:

A.

CASE CLOSED PRE-MATURELY

---

October 4, 2004   Gyadu v. Walsh, 3:00CV1564 (RNC)

Re: Plaintiff's Motion to Reopen [Doc. # 66]

Denied. Plaintiff merely restate arguments that the court rejected in granting summary judgment. His objections to the process by which the case was closed are mistaken.

So ordered.

Robert N. Chatigny  U.S.D.J.

To Show The Abundance Of Evidence That Makes The