FILED

2004 OCT 20 A 10: 41

U.S. DISTRICT COURT
HARTFORD, CT

The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 15TH Oct., 2004

Doc. #: 3:00-CV-01564 (RNC)
BEN. GYADU Vs JAMES WALSH

## MOTION FOR EXTENSION OF TIME

The Indigent, pro se plaintiff who sought the federal court to protect his rights under the Constitution now finds himself being grossly deprived of his Constitutional rights to a due process and Equal Protection of laws as a result

of the Court's orders dated the 4th of Oct., 2004 which <u>not only</u> denied the plaintiff's motion to strike counsel's BAD-FAITH defense intended to defraud the plaintiff of justice due him <u>but also</u> denied the plaintiff's motion to open the case and address the wrongs of the U.S. Magistrate's ruling which granted the defendants Motion for Summary Judgement when the <u>motion was not even supposed to be filed</u> until the defendant had provided the plaintiff with a copy of the law in question

Page 3

and the Court had issued a new scheduling order for submitting the motion for Summary Judgement

The plaintiff finds himself compelled to respond to the Court's denial orders of the 4th of Oct., 2004 so that the Court could examine its action and relieve the plaintiff of the MANIFEST injustices which would otherwise be meted upon the plaintiff

The plaintiff would like to prove to the Court that he is being denied his Constitutional rights by a VOID judgement

Because the Court issued these two

denial orders at the same time on the 4th of Oct., 2004, the plaintiff must respond to these two orders within the same time constraint of one order in order to avoid any possible time limitation problems

The plaintiff has realized, however, that he could not respond to the two orders within the time constraint required and therefore needs an Extension Of Time.

The plaintiff therefore prays this motion would receive a favourable consideration to grant the plaintiff about

Page 5

Thirty five (35) days Extension of Time to file a response to the Courts two orders dated the 4th Oct., 2004, to relieve the plaintiff of the adverse consequencies of a VOID judgement

The plaintiff must bring to the Courts attention some CRITICAL factors which the Court has over-looked

For the U.S Magistrate to change the subject matter of the plaintiff's action and ~~thereby~~ make it possible to dispose of the action, as it occured, the plaintiff has been made to lose his action by an ABITRARY order

Page 6

As the plaintiff declared above the Motion for Summary Judgement was filed prematurely and should therefore not have been allowed let alone been granted.

The Courts action makes it seem as if the plaintiff sought a relief of payment of taxes under the State Tax law when the plaintiff DID NOT and infact did not know anything about that law and therefore the Courts ruling only deprives the plaintiff of his rights under that State law without the needed DUE PROCESS

Additionally the

U.S. Magistrates action deprived the plaintiff the Due Process of Notice without which, again, the Summary Judgement would NEVER have been filed let alone been granted.

## CONCLUSION

The plaintiff needs to file a response to the Courts two denial orders dated the 4Th Oct., 2004, to prove to the Court that he has been deprived of his Constitutional rights to a DUE PROCESS and Equal Protection of laws by the U.S. Magistrates action, so that the Court would relieve the plaintiff of the adverse

Page 8

Consequencies of the VOID judgement

In order to be able to file the response without running into any time limitation problems, the plaintiff prays he would be granted about thirty five (35) days Extension Of Time for that purpose.

Respectfully Submitted

BEN. GYASU (b/b/c:)

P.O. BOX 4314

Waterbury, CT 06704.

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the Corporation Counsel, 236 Grand Str., Waterbury, CT 06702.

Thank you.

Sincerely,

BEN. GYASU (呂方己:)

P.O. Box 4314

Waterbury, CT 06704