71

FILED
2004 OCT 20  A 10: 41
U.S. DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 15TH OCT., 2004

Doc. #: 3:00-CV-01564 (RNC)
BEN. GYADU vs JAMES WALSH

MOTION FOR EXTENSION OF TIME

---

October 21, 2004.     Gyadu v. Walsh
                      3:00CV01564 (RNC)

Re:   Plaintiff's Motion for Extension of Time (Doc. # 71).

Treating plaintiff's motion as a motion for extension of time to file a motion for reconsideration of the court's orders denying plaintiff's motion to reopen (Doc. # 69) and motion to strike (Doc. # 70), the motion is granted. Plaintiff has thirty-five days from the date of this ruling to file a motion to reconsider the court's orders. In that motion, plaintiff must concisely state the matters or controlling decisions plaintiff believes the Court overlooked in the orders. So ordered.

                    Robert N. Chatigny, U.S.D.J.

and Equal Protection Of Laws as a result