The U.S. District Court,
450 Main Street,
Hartford, CT 06103

Date: 19th Nov, 2004

Doc. #: 3:00-CV-01564 (RNC)
BEN. GYAU vs JAMES WALSH

MOTION TO RECONSIDER DENIAL OF MOTION TO STRIKE

The plaintiff provides the following for the Court's review to determine if Counsel's Objection to the Motion To Re-Open is legally sufficient to warrant denying the plaintiff's Motion To Strike the Objection.

I. Counsel provides as

Page 2

the defendant of the plaintiff's action: TAX COLLECTOR, J. WALSH, AND CITY OF WATERBURY.

The plaintiff's action, however, does not have City Of Waterbury as a defendant Hence such an action does not exist

As a result, the plaintiff moved to strike Counsel's Objection as legally insufficient intended to mis-lead the Court to achieve the desired outcome at the expense of the pro se plaintiff

II

Counsel submits an Objection which represents not only a fraudulent maneuvre intended to MIS-LEAD

Page 3

the Court to achieve a desired outcome and deprive the plaintiff of justice due him dishonestly, in violation of the demands of good-faith pleading, but Counsel's defense does not even address the issues which the plaintiff submitted in support of the Motion To Open nor does it even address the facts of the plaintiff's Complaint.

For example, paragraph 1 of Counsel's Objection states that the plaintiff claims: " he should not have to pay his car taxes in order to get his car registered"

In paragraph 2

Counsel states:
"The Plaintiff seeks to have motions heard over and over and raises similar arguments each time which have no support in law or in fact and have been rejected repeatedly by the Court."

The plaintiff does not state anywhere in the Complaint that he does "not have to pay his car taxes in order to get his car registered". The file would testify to that effect.

Counsel makes that up so as to mis-lead the Court to achieve the desired outcome at the expense of plaintiff, in violation of the demands

Page 5

of good-faith pleading. Plaintiff would not seek a tax payment arrangements that would enable him to pay his back taxes and at the same time claim that he does not have to pay his car taxes in order to get his car registered

Counsels defense represents nothing but a BAD-FAITH pleading which must be STRIKEN

In paragraph 2, Counsel concocts such BALD claim without providing anything whatsoever in support of those allegations

against the plaintiff, having nothing to prove, those allegations against the plaintiff and having nothing to lose by submitting such malicious claims against the plaintiff in order to attempt to MIS-LEAD the court to achieve the desired outcome, as it did occur.

These kinds of BAD-FAITH pleadings for a defense must be discouraged, at least, so that innocent people would not suffer the adverse consequencies of such dis-honest acts

## CONCLUSION

Based upon the

Page 7

plaintiff hopes for a favourable consideration of his motion to strike.

Respectfully Submitted

BEN-GYASU

P.O. BOX 4314

WATERBURY, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the Corporation Counsel, 236 Grand Str., Waterbury, CT 06702.

Thank you.

Sincerely,

BEN- GYASU,

P.O - BOX 4314,

Waterbury, CT 06704