FILED

2004 DEC -8 A 10: 28

U.S. DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 3rd Dec., 2004

Doc. #: 3:00-CV-01564(RNC)
BEN. GYASU Vs JAMES WALSH

REQUEST TO FILE THE MOTION FOR RE-CONSIDERATION DATED 12TH NOV., '04 TYPED

Plaintiff requests leave to supplement the record with a typed version of the Motion For Re-Consideration dated the 12th Nov., 2004

The plaintiff has been submitting hand-written filings because he does

not know how to type and does not have the funds to pay the fees for typing, exposing the plaintiff's pleadings to all kinds of problems, e.g. mis-interpretations, that are a direct result of difficulties in reading the plaintiff's handwriting

After explaining the plaintiff's problems to a friend, the friend offered to type the Motion for Re-consideration for plaintiff

The plaintiff therefore requests leave to submit the typed version of the Motion for Re-Consideration dated the 12th Nov., 2004 for a better understanding of the Motion for

Page 3

Re-Consideration.

Respectfully Submitted.

Ben - Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the Corporation Counsel, 236 Grand Street, Waterbury, CT 06702.

Sincerely,

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704