13

The U.S. District Court,

450 Main St.

Hartford, CT 06710

Date: 12th Nov., 2004

BEN. GYADU vs JAMES WALSH
Doc.#: 3:00-CV-01564 (RNC)

MOTION FOR RECONSIDERATION

The plaintiff initially moved

January 4, 2005      Gyadu v. Walsh
                     3:00CV01564 (RNC)

Re: Plaintiff's Motion for Reconsideration (Doc. # 73).
Denied as moot due to plaintiff's resubmission of the motion in typed form.
(Doc. # 75)  So ordered.

                              Robert N. Chatigny, U.S.D.J.

with the issues of the Motion For Summary