77

The U.S. District Court,

450 Main Street

Hartford, CT 06103

FILED 2004 NOV [stamp]

Date: 19th Nov, 2004

Doc.#: 3:00-CV-01564 (RNC)
BEN. GYADU vs JAMES WALSH

MOTION TO RECONSIDER DENIAL OF MOTION TO STRIKE

---

January 4, 2005       Gyadu v. Walsh
                      3:00CV01564 (RNC)

Re: Plaintiff's Motion to Reconsider Denial of Plaintiff's Motion to Strike (Doc. # 74).

Denied as moot in light of the court's order (Doc. # 70) denying Plaintiff's Motion to Reopen (Doc. # 66). So ordered.

                                  Robert N. Chatigny, U.S.D.J.

Strike the Objection.

Counsel provides as