75

00CV1564m

**FILED**

2004 DEC -8 A 10: 28

U.S. DISTRICT COURT
HARTFORD, CT.

The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 3rd Dec., 2004

Doc.#: 3:00-CV-01564(RNC)

BEN. GYASU Vs JAMES WALSH

REQUEST TO FILE THE MOTION FOR RE-
CONSIDERATION DATED 12TH Nov., '04 TYPED

---

January 4, 2005.   <u>Gyadu v. Walsh</u>
                   3:00CV01564 (RNC)

Re:  Plaintiff's Request to File Plaintiff's Motion for Reconsideration Dated
     12 Nov. 2004, Typed (Doc. # 75).

Permission to submit the typed motion is granted. The motion for
reconsideration is granted. Upon reconsideration, the court adheres to its
original ruling (Doc. # 60) approving the Recommended Ruling (Doc. # 55)
granting summary judgment against plaintiff. The case is closed. So
ordered.

                              _____
                              Robert N. Chatigny, U.S.D.J.

Submitting hand-written filings because he does