UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
450 MAIN STREET
HARTFORD, CT 06103

OFFICIAL BUSINESS

Mr. Ben F. Gyadu
PO Box 4314
Waterbury, CT 06704

06704+0314

COPY OF COVER SHEET Showing The Typed Motion Was Only To Supplement The Record But Not To Re-Submit The Motion For Re-Consideration As The U.S. District Court Puts Forth.

RECEIVED
DEC -8 2004
CORPORATION COUNSEL

The U.S. District Court,

450 Main Street,

Hartford, CT 06103

Date: 3rd Dec., 2004

Doc. #: 3:00-CV-01564(RNC)
BEN. GYASU Vs JAMES WALSH

REQUEST TO FILE THE MOTION FOR RE-CONSIDERATION DATED 12TH NOV., '04 TYPED

    Plaintiff requests leave to supplement the record with a typed version of the Motion For Re-consideration dated the 12th Nov., 2004
    The plaintiff has been submitting hand-written filings because he does

Page 2

not know how to type and does not have the funds to pay the fees for typing, exposing the plaintiff's pleadings to all kinds of problems, e.g. mis-interpretations, that are a direct result of difficulties in reading the plaintiff's hand-writing

After explaining the plaintiff's problems to a friend, the friend offered to type the Motion for Re-consideration for plaintiff

The plaintiff therefore requests leave to submit the typed version of the Motion for Re-Consideration dated the 12th Nov, 2004 for a better understanding of the Motion for

Page 3

Re-Consideration.


Respectfully Submitted.


Ben - Gyadu,

P.O. Box 4314,

Waterbury, CT 06704

## CERTIFICATION

This is to certify that a copy of the fore-going was mailed to the Corperation Counsel, 236 Grand Street, Waterbury, CT 06702.

Sincerely,

Ben. Gyadu,

P.O. Box 4314,

Waterbury, CT 06704



The U.S. District Court,
450 Main Street,
Hartford, CT. 06103

Date: 28th Febr., 2003

Ben. Gyadu Vs. James Walsh Or Current Tax Collector —
In His Or Her Individual Capacity.

Doc. #: 3:00-CV-01564 (RNC)

## MOTION TO COMPEL

Plaintiff moves to Compel Counsel to provide plaintiff with a copy of the Statute which at the Court room hearing the plaintiff declared that because, according to the tax collector, it could be used to waive the plaintiff's back taxes, as long as the back taxes

exceed certain percentage of plaintiff's income, the tax collector gave a copy to the Majority leader, Mrs. Laura J. Nesta, to look over that Statute and provide a copy to plaintiff

The plaintiff continued that because Mrs Nesta, as it appeared, did not want to provide the plaintiff with the copy, for whatever reason, she gave the plaintiff a run around but did not provide the copy except taking plaintiff's address over and over again to mail the copy whenever the plaintiff called Mrs Nesta about a copy she said she was mailing to plaintiff but plaintiff did not receive such a copy

As much as the plaintiff elaborated that Mrs Laura Nesta had given him a run around

about providing the plaintiff with a copy of the Statute which, according to the tax collector, could be used to waive the back taxes against the plaintiff and due to that the Court asked Counsel to contact Mrs. Laura Nesta to get a copy of the alleged Statute to plaintiff, Counsel has, however, turned around to mis-interprate that <u>clear and specific Order of the Court</u> just to push the plaintiff through yet another cycle of run-arounds to deny the plaintiff the copy just as what Mrs. Laura Nesta did.

From Counsel's letter to plaintiff dated the 25th Febr., 2003, a copy enclosed, it would be discovered that

Page 4

the copy of the Statute which the Court asked Counsel to get a copy from Mrs Laura Nesta for plaintiff, "out of the blue", became a form the plaintiff was looking from the tax collector to "Request an Abatement Of Taxes" as the caption of the letter states

And as much as Counsel declared at the Court room hearing that she was moving for a Summary Judgement because the alleged law because of which the plaintiff could not be given any arrangement to pay the back taxes is very Specific and Inflexible that the plaintiff cannot be allowed any arrangement about the payment

Page 5

of the back taxes to get a release to renew his registration, counsel all the same expects an arrangement to be made by the Board Of Alderman and so writes; "If you wish to make a request regarding the taxes you owe, it needs to be made by you in writing to the Board Of Alderman."

These kinds of run-arounds meted upon the plaintiff by the authorities for no apparent reason, whatsoever, Other than an effort to use any means possible, under the disguise of the State law, to deprive the plaintiff a chance and a means by which he could have transportation for job search activities to get a job and get back on his feet, are UNREASONA-

BLE, DECEPTIVE, SELF-DEFEATING in violation of Due Process, causing plaintiff resultant undeserved Irreparable damages and making it almost impossible for plaintiff to get a job within his physical limitations to get back on his feet.

Plaintiff prays the Court would not allow these kinds of deceptive and bad-faith acts to continue to deprive the plaintiff of his Constitutional rights under Color of State law and that Counsel would be compelled to collect from Mrs Laura Nesta for plaintiff the copy of the Statute which, according to the tax collector could be used to waive the back taxes

Page 7

against plaintiff

As a result of the unexpected delay in receiving a copy of the statute which plaintiff was expecting to draw some facts from it in preparing his Summary Judgement Motion and also in responding to whatever Summary Judgement Motion Counsel would submit, plaintiff requests that the scheduling orders for submitting and for responding to an opponents Summary Judgement Motion be adjusted accordingly with respect to when Counsel submits a copy of the alleged Statute to plaintiff

Respectfully Submitted
Ben. Gyadu
P.O. Box 4314
Waterbury, CT. 06704



THERESA A. CALDARONE
CORPORATION COUNSEL

PETER ABARE BROWN
ASSISTANT CORPORATION COUNSEL

OFFICE OF THE CORPORATION COUNSEL
# THE CITY OF WATERBURY
CONNECTICUT

February 25, 2003

Mr. Ben Gyadu
P.O. Box 4314
Waterbury, CT 06704

RE: Your Request for a Form to Request an Abatement of Taxes

Dear Mr. Gyadu:

    This letter serves as a response to your request at court for a form to submit to request an abatement of your taxes owed to the City of Waterbury. There is no form to fill out that I am aware of and I did check with the tax collector and confirmed that she has no such form. If you wish to make a request regarding the taxes you owe, it needs to be made by you in writing to the Board of Alderman.

                          Sincerely,

                          Elaine M. Skoronski
                          Attorney, Corporation Counsel's Office

EMS/cm
gyadu/letters\legatt33