The U.S. District Court,

450 Main Street

Hartford, CT 06103

Date: 14th Jan., 2005

Doc. #: 3:00-CV-01564 (RNC)
BEN GYADU Vs JAMES WALSH

MOTION FOR REVIEW/RE-CONSIDERATION OF ORDER DATED THE 4TH JAN., 2005

---

**February 4, 2005.**   Gyadu v. Walsh
                       3:00CV01564 (RNC)

Re:  Plaintiff's Motion for Review/Reconsideration of Order Dated January 4, 2005 (Doc. # 80).

Granted.  Upon reconsideration, the court adheres to its original ruling. The case is closed.  So ordered.

Robert N. Chatigny, U.S.D.J.

tion to the effect that his Request to file